UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr54

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MITCHELL GATEWOOD | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the Defendant's motions for transcripts. (Doc. Nos. 26, 27).

In order to obtain free copies of his transcripts, a defendant must show that he is indigent and that the transcripts "are needed to decide the issue presented by the suit ..." 28 U.S.C. § 753(f). On July 5, 2011, the United States Court of Appeals for the Fourth Circuit dismissed the defendant's appeal of the denial of his motion to vacate. (Case No. 3:08cv182, Doc. No. 34: Opinion). Thus, the requested transcripts do not pertain to any pending suit or appeal.

**IT IS, THEREFORE, ORDERED** that the defendant's requests for transcripts are **DENIED**.

Signed: July 7, 2011

Robert J. Conrad, Jr.
Chief United States District Judge